# Exhibit 1

? FAQ's (faq.php)

✉ info@flairvapor.com (mailto:info@flairvapor.com)

Search here...

➡ Login (signin.php)

 (index.php)

0



(https://flairvapor.com/products.php?catid=11)



(product.php?pid_pro_id=15)



(product.php?pid_pro_id=16)

# WHAT'S TRENDING



(rechargeablekit.php)



(about.php)



(storelocator.php)

# Quality…. Experience… Innovation

**Flair quality that makes your experience desirable & satisfactory.**

**Unique experience of flavor & device gives you long lasting contentment. Flair delivers satisfaction giving vapers a new experience with its authentic flavors. Innovation is the essence of our product design and development.**

**At Flair vapor we give customers the extra edge to their vaping affection with excellent quality and affordable price making an exclusive experience for our customer.**

**Vaping Smart…. Vaping Flair!!**







### SIGN UP FOR NEWSLETTER !

| Enter your email... | **SUBMIT** |



(https://www.facebook.com/Flairvapor/)

AGE RESTRICTED PRODUCT. NOT FOR SALE TO MINORS.

WARNING:
This product contains nicotine. Nicotine is an addictive chemical.

CALIFORNIA PROPOSITION 65 WARNING:
This product contains chemicals known to the state of California to cause cancer and birth defects or other reproductive harm.

## FLAIR PRODUCTS

FLAIR XTREME® Starter Kit(Device) (starterkit.php)

FLAIR XTREME® PODs (products.php?catid=5)

FLAIR XTREME® USB Charger (products.php?catid=6)

FLAIR ECIG Rechargeable Kit (products.php?catid=7)

FLAIR ECIG Cartridges (products.php?catid=8)

FLAIR ECIG Disposable Kit (products.php?catid=9)

FLAIR ECIG USB Charger (products.php?catid=10)

## EXPLORE FLAIR

Blog (blog.php)

Who We Are ? (about.php)

Flair Freedom (flairfreedom.php)

Testimonial (testimonial.php)

Retail & Wholesale (wholesale.php)



Case 2:18-cv-14605-JLL-SCM   Document 1-2   Filed 10/03/18   Page 10 of 10 PageID: 18



## ABOUT US

Store Locator (storelocator.php)

Terms & Condition (policies.php?check=Terms)

Privacy Policy (policies.php?check=Privacy Policy)

Contact US (contact.php)

FAQs (faq.php)

© 2018 Flair All rights reserved