# Exhibit 2

? FAQ's (faq.php)

info@flairvapor.com (mailto:info@flairvapor.com)

Search here...

Login (signin.php)

(index.php)

0

# FAQ's

## Shipping and Handling

**What method of shipping will be used to deliver my order?**

**When my order ships?**

**What if I do not receive my order or shipment?**

**Can I track my order?**

**Is there free shipping for all flair products?**

**Shipping countries**

Flair vapor products can only be bought by U.S customer and shipped within the U.S territories only.

### SIGN UP FOR NEWSLETTER !

Enter your email...

SUBMIT