# Exhibit 3

Welcome to Flair

Begin forwarded message:

**From:** Flair<info@flairvapor.com>
**Date:** September 25, 2018 at 3:14:58 PM EDT
**To:**
**Subject: Flair Order Shipped**
**Reply-To:** Flair<info@flairvapor.com>

# Your order is Shipped

**Dear Robert,**

**YOUR ORDER ON ITS WAY**

Ship to: - Robert

2820 S Broad St

Hamilton - New Jersey - 08610

Shipped Date - 2018-09-25

Ship Via - USPS (United States Postal Service)

Tracking No - # 9405510200881849096265

Tracking URL - https://tools.usps.com/go/TrackConfirmAction?tLabels=9405510200881849096265

Your order - ODR1537889351 is Shipped now.

You can click the tracking number link below to track your package on the carrier's website. Tracking information is generally available within 24 hours after a package is shipped, but may take up to 48 hours for shipments going to certain regions of the United States. For more details, refer to the Shipping & Handling Help page. Hope you enjoyed shopping with us. Please visit our website and register to better assist you with any return and refund. For more details, refer to the Return & Refund Help Page.

Your Shipment includes following items.

| Product Image | Product Name | Base Price | Quantity | Total Price |
|---|---|---|---|---|
| | FLAIR XTREME STARTER KIT WITH 8 | | | |


|  |  |  |  |  |
|---|---|---|---|---|
|  | VARIETY PODS | $39.99 | 1 | $39.99 |
|  | Strawberry | $14.99 | 1 | $14.99 |
|  | Watermelon | $14.99 | 1 | $14.99 |
|  | Cherry | $14.99 | 1 | $14.99 |
|  | Cool Mint | $14.99 | 1 | $14.99 |
|  | Tobacco | $14.99 | 1 | $14.99 |
|  | Blue Mint | $14.99 | 1 | $14.99 |

Track My Order

Don't forget to leave us your feedback and follow us on Facebook, Instagram and twitter page for more updates.

  




| Sr no | Product Image | Product Name |
|---|---|---|
| 1 | | FLAIR XTREME STARTE |
| 2 | | Strawberry |
| 3 | | Watermelon |
| 4 | | Cherry |
| 5 | | Cool Mint |
| 6 | | Tobacco |

 Verizon  11:26 AM  
🔒 flairvapor.com

 Signin

## Delivery Address

Select Shipping Address

2820 S Broad St , New Je

Create New Address

**DELIVER HERE**

**Current Address -** 2820 S Broad St , Hamilton, New Jersey

📶 Verizon 📶       11:28 AM        ✳ 🔋

🔒 flairvapor.com

✅ **Delivery Address**

[ CHANGE ]

Shipping Address - 2820 S Broad St , Hamilton - 08610

## Review Order

| Product Code | Product Name |
|---|---|
| With8varityPODs | FLAIR XTREME ST |
| Strawberry | Strawberry |
| Watermelon | Watermelon |
| Cherry | Cherry |
| Cool Mint | Cool Mint |







🔒 flairvapor.com

✓ **Signin**
relent911@aol.com
CHANGE

✓ **Delivery Address**
CHANGE
Shipping Address - 2820 S Broad St , Hamilton - 08610

✓ **Review Order**
7 Item(s) Total Amount:
Rs. 116.439
CHANGE

**Make Payment**



Thank You.

Your order has been placed successfully.
Your order id is - ODR1537889351
Your Transaction id is - 40961090666