# Exhibit 7

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 1[a]     A vaporizer apparatus, the apparatus comprising:<br>          a cartridge having: | **As pictured below, the Flair Xtreme device is a vaporizer apparatus having a cartridge.**<br><br> |

# Exhibit 7

### Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 1 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 1[b]   a storage compartment configured to hold a liquid vaporizable material, the storage compartment comprising an elongate storage compartment, wherein the liquid vaporizable material is visible through the storage compartment, and wherein the storage compartment comprises a distal end and a proximal end; | **As pictured below, the Flair Xtreme device has a storage compartment configured to hold a liquid vaporizable material that is visible through the storage compartment.  The storage compartment is an elongate storage compartment having a distal end (bottom) and a proximal end (top). The coil (within the storage compartment) turns the e-liquid (vaporizable material) into vapor.**<br><br> |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | <br><br>**While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine."** |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 1[c]  a mouthpiece at the proximal end of the storage compartment; | **The Flair Xtreme storage compartment has a mouthpiece at the proximal end.**<br><br> |
| 1[d] an opening through the mouthpiece | **The Flair Xtreme mouthpiece has an opening through the mouthpiece at a proximal end.** |

10117657_1.docx

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| and at a proximal end of the mouthpiece; and |  |
| 1[e] a heater at the distal end of the | **The Flair Extreme device has a heater at the distal end of the storage compartment. As** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| storage compartment, wherein the heater comprises a heating chamber, a wick within the heating chamber, and a resistive heating element in thermal contact with the wick; and | **pictured below, the heater has a heating chamber, a wick within the heating chamber, and a resistive heating element in thermal contact with the wick.  The resistive heating element is wrapped around the wick and heats the wick (i.e., in thermal contact with the wick).**<br><br> |
| 1[f] a vaporizer, the vaporizer having: | **The Flair Xtreme device has a vaporizer having a body.  The body is an elongate, opaque body that** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| a body having a distal end, a proximal end, a front side, a back side, and a pair of lateral sides extending between the distal and proximal ends of the body, wherein the body comprises an elongate and opaque body, | **has a a distal end, a proximal end, a front side, a back side, and a pair of lateral sides extending between the distal and proximal ends, as pictured below.**<br><br> |
| 1[g]  wherein the body is resistive to | **The Flair Xtreme vaporizer body is resistive to rolling when placed on flat surface because the** |

## Exhibit 7
### Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| rolling when placed on a flat surface because a diameter between the front and back sides is smaller than a diameter between the pair of lateral sides, yielding a relatively flattened body; | **diameters between the front and back sides is smaller than a diameter between the pair of lateral sides, yielding a flattened body, as pictured below.**<br><br><br><br>Diameter between the front and back sides is ~0.6cm<br>Back side<br>Lateral side — Lateral side<br>Front side<br>Diameter between the lateral sides is ~2.0 cm |
| 1[h] a cartridge receptacle formed at the | **As shown below, the Flair Xtreme device has a cartridge receptacle formed at the proximal end of** |

# Exhibit 7
## Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 1 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| proximal end of the body, wherein the cartridge receptacle has a proximal-facing opening into the proximal end of the body, and wherein the cartridge receptacle comprises a proximal edge around the proximal-facing opening, and wherein the proximal edge of the cartridge receptacle forms a notch in the front side of the body, the notch extending towards the distal end of the body so that a portion of the storage compartment is visible through the notch when the cartridge is housed within the cartridge receptacle; | **the body.  The receptacle has an opening having a proximal edge around a proximal-facing opening, such that the proximal edge form a notch in the front side of the body.  The notch extends towards the distal end of the body so that a portion of the storage compartment is visible through the notch when the cartridge is housed within the cartridge receptacle.**<br><br> |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

10117657_1.docx

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 1[i]  a pair of electrical contacts in a distal surface within the cartridge receptacle, the pair of electrical contacts configured to connect to electrical contacts on the cartridge when the cartridge is housed within the cartridge receptacle; and | **Flair Xtreme's vaporizer body has a pair of electrical contacts in a distal surface within the cartridge receptacle.  The electrical contacts are configured to connect to electrical contacts on the cartridge when the cartridge is housed within the cartridge receptacle.**<br><br> |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 1 (Independent) | |
|---|---|
| Claim Language | Corresponding Elements of Flair Xtreme |
| 1[j]   a detent on each of the pair of lateral sides, wherein the detents project into the cartridge receptacle and engage a mating region on the storage compartment to hold the cartridge within the cartridge receptacle and with the mouthpiece outside of the cartridge receptacle. | **Flair Xtreme's vaporizer body has a detent on each of the pair of lateral sides.  The detents project into the cartridge receptacle and engage a mating region on the storage compartment to hold the cartridge within the cartridge receptacle.  When inserted, the mouthpiece is outside of the cartridge receptacle.**<br><br> |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 2 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 2. The apparatus of claim 1, wherein the mouthpiece comprises an opaque mouthpiece. | **Flair Xtreme's mouthpiece is opaque (i.e., not transparent).**  |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 3 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 3. The apparatus of claim 1, wherein the storage compartment comprises the liquid vaporizable material. | **Flair Xtreme's storage compartment comprises the liquid vaporizable material.**<br><br><br><br>**While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine."** |

## Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim Language | Corresponding Elements of Flair Xtreme |
|---|---|
| 4. The apparatus of claim 1, wherein the storage compartment comprises the liquid vaporizable material, and wherein the liquid vaporizable material comprises a nicotine solution. | **Flair Xtreme's packaging indicates that the liquid vaporizable material comprises a nicotine solution**<br><br><br><br>**While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine."** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 9 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 9. The apparatus of claim 1, wherein the mouthpiece comprises an opaque cover that is secured over the proximal end of the storage compartment, the opaque cover having a front side adjacent to a first side of the storage compartment extending between the proximal and distal ends of the storage compartment, wherein a distal end of the opaque cover terminates in a distal edge that extends around a perimeter of the storage compartment from a position between the distal end and the proximal end of the storage compartment. | **The mouthpiece is an opauqe cover that is secured over the proximal end of the storage compartment.  The cover has a front side adjacent to a first side of the storage compartment extending between the proximal and distal ends of the storage compartment.  The distal end of the opaque cover terminates in a distal edge that extends around a perimeter of the storage compartment from a position between the distal end and the proximal end of the storage compartment.**<br><br> |

10117657_1.docx

**Exhibit 7**

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim Language | Corresponding Elements of Flair Xtreme |
|---|---|
|  | |

## Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim Language | Corresponding Elements of Flair Xtreme |
|---|---|
| |  A distal end of the opaque cover terminates in a distal edge (outlined in green) that extends around a perimeter of the storage compartment from a position between the distal end and the proximal end of the storage compartment. |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 10 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 10. The apparatus of claim 9, wherein the cartridge further comprises a cartridge notch in the front side of the mouthpiece and extending from the distal edge of the opaque cover towards the proximal end of the mouthpiece, wherein the cartridge notch exposes a region of the storage compartment beneath the mouthpiece, and wherein the cartridge notch aligns with the notch in the front side of the body when the cartridge is housed within the cartridge receptacle. | **The cartridge has a cartridge notch in the front side of the mouthpiece and extending from the distal edge of the opaque cover towards the proximal end of the mouthpiece.  The cartridge notch exposes a region of the storage compartment beneath the mouthpiece and the cartridge notch aligns with the notch in the front side of the body when the cartridge is housed within the cartridge receptacle.**  |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim Language | Corresponding Elements of Flair Xtreme | |
|---|---|---|
| | <br>Cartridge housed within the cartridge receptacle<br><br>Cartridge notch aligns with the notch in the front side of the body (outlined and highlighted in green)<br><br>Cartridge in the front side of the body (outlined and highlighted in green) | |

# Exhibit 7
### Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 11[a]          A vaporizer apparatus, the apparatus comprising:<br><br>          a cartridge having: | **See discussion of claim element 1[a].** |
| 11[b] a storage compartment configured to hold a liquid vaporizable material, the storage compartment comprising an elongate storage compartment, wherein the liquid vaporizable material is visible through the storage compartment and wherein the storage compartment comprises a distal end and a proximal end; | **See discussion of claim element 1[b].** |
| 11[c] a mouthpiece at the proximal end of the storage compartment; | **See discussion of claim element 1[c].** |
| 11[d]  an opening through the mouthpiece and at a proximal end of the mouthpiece; and | **See discussion of claim element 1[d].** |
| 11[e]  a heater at the distal end of the storage compartment, wherein the heater comprises a heating chamber, a wick within the heating chamber, and a resistive heating element in thermal contact with the wick; | **See discussion of claim element 1[e].** |

# Exhibit 7
### Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 11[f]  a cannula within the storage compartment and extending through the liquid vaporizable material from the heater to the proximal end of the storage compartment so that the liquid vaporizable material at least partially surrounds the cannula when the storage compartment is filled with the liquid vaporizable material, wherein the cannula forms a fluid connection between the heating chamber and the opening through the mouthpiece from which vaporized liquid vaporizable material may be inhaled; and | See discussion above regarding claim element 6.<br><br>As pictured below, the cannula extends through the liquid vaporizable material from the heater to the proximal end of the storage compartment so that the liquid vaporizable material at least partially surrounds the cannula when the storage compartment is filled with the liquid vaporizable material.  The cannula extends from the heater chamber to the opening through the mouthpiece—forming a fluid connection between the heating chamber and the opening through the mouthpiece from which vaporized liquid vaporizable material may be inhaled<br><br><br>Cannula extends through the liquid vaporizable material from the heater towards the proximal end of the storage compartment<br>Proximal end<br>Liquid vaporizable material surrounds the cannula<br>Heater including a heating chamber<br>Distal end |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  Opaque mouthpiece<br><br>Opening for inhaling aerosol<br><br>Opaque mouthpiece<br><br>Cannula<br><br>Heater including a heating chamber<br><br>Cannula forms a fluid connection between the heating chamber and the opening from which an aerosol formed from the liquid vaporizable material is inhalable (shown in purple). |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |
| | While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the |

**Exhibit 7**
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 11 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine." |
| 11[g]  a vaporizer, the vaporizer having: a body having a distal end, a proximal end, a front side, a back side, and opposite lateral sides extending between the distal and proximal ends of the body, wherein the body comprises an elongate and opaque body, | **See discussion of claim element 1[f].** |
| 11[h]  wherein the body is resistive to rolling when placed on a flat surface because a diameter between the front and back sides is smaller than a diameter between the opposite lateral sides, yielding a relatively flattened body; | **See discusion of claim element 1[g].** |
| 11[i]  a cartridge receptacle formed at the proximal end of the body, wherein the cartridge receptacle has a proximal-facing opening into the proximal end of the body, and wherein the cartridge receptacle comprises a proximal edge | **See discussion of claim element 1[h] and claim 6.** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 11 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| around the proximal-facing opening, and wherein the proximal edge of the cartridge receptacle forms a notch in the front side of the body, the notch extending towards the distal end of the body so that a portion of the storage compartment and the cannula are visible through the notch when the cartridge is housed within the cartridge receptacle; | |
| 11[j]  a pair of electrical contacts in a distal surface within the cartridge receptacle, the pair of electrical contacts configured to connect to electrical contacts on the cartridge when the cartridge is housed within the cartridge receptacle; and | **See discussion of claim element 1[i].** |
| 11[k]  a detent on each of the opposite lateral sides, wherein the detents project into the cartridge receptacle and engage a mating region on the storage compartment to hold the cartridge within the cartridge receptacle and with the mouthpiece outside of the cartridge receptacle. | **See discussion of claim element 1[j].** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 13 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 13. The apparatus of claim 11, wherein the storage compartment comprises the liquid vaporizable material. | **See discussion of claim 3 above.** |

# Exhibit 7
## Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 19[a]  A vaporizer apparatus, the apparatus comprising:<br><br>    a cartridge having: | **See discussion of claim element 1[a].** |
| 19[b]  a storage compartment holding a liquid vaporizable material that is visible through the storage compartment, the storage compartment comprising an elongate storage compartment, wherein the storage compartment comprises a distal end and a proximal end, wherein the storage compartment further comprises a first side extending between the distal end of the storage compartment and the proximal end of the storage compartment; | **As shown below, the Flair Xtreme device has an elongate storage compartment having a distal end and a proximal end and a first side extending between the distal end of the storage compartment and the proximal end of the storage compartment.**<br><br><br>Storage compartment holding a liquid vaporizable material<br>First side marked by X<br>Proximal end<br>Distal end<br>Liquid vaporizable material is visible |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

10117657_1.docx

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | <br><br>**NOTE:** While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine." |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | |
| 19[c]  a mouthpiece at the proximal end of the storage compartment, wherein the mouthpiece comprises an opaque cover that is secured over the proximal end of the storage compartment, the opaque mouthpiece having a front side adjacent to the first side of the storage compartment, wherein a distal end of the opaque cover terminates in a distal edge that extends around a perimeter of the storage compartment from a position between the distal end and the proximal end of the storage compartment of the opaque cover; | **See discussion of claim 1[c] and claim 9.** |
| 19[d]  a cartridge notch in the front side of the mouthpiece and extending from the distal edge of the opaque cover towards a proximal end of the mouthpiece, wherein the cartridge notch exposes a region of the storage compartment beneath the mouthpiece; | **See discussion of claim 10.** |
| 19[e]  an opening through the mouthpiece and at the proximal end of | **See discussion of claim element 1[d].** |

**Exhibit 7**

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| the mouthpiece; | |
| 19[f]  a heater at the distal end of the storage compartment, wherein the heater comprises a heating chamber, a wick within the heating chamber, and a resistive heating element in thermal contact with the wick; and | **See discussion claim element 1[e].** |
| 19[g]  a cannula within the storage compartment and extending through the liquid vaporizable material from the heater to the proximal end of the storage compartment so that the liquid vaporizable material at least partially surrounds the cannula, wherein the cannula forms a fluid connection between the heating chamber and the opening through the mouthpiece from which vaporized liquid vaporizable material may be inhaled, and wherein the cannula is visible through the cartridge notch; and | **See discussion claim element 11[f] and claim 6.** |
| 19[h]  a vaporizer, the vaporizer having:        a body having a distal end, a proximal end, a front side, a back side, | **See discussion of claim element 1[f]** |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| and opposite lateral sides extending between the distal and proximal ends of the body, wherein the body comprises an elongate and opaque body, | |
| 19[i]  wherein the body is resistive to rolling when placed on a flat surface because a diameter between the front and back sides is smaller than a diameter between the opposite lateral sides, yielding a relatively flattened body; | **See discussion of claim element 1[g]** |
| 19[j]  a cartridge receptacle formed at the proximal end of the body, wherein the cartridge receptacle has a proximal-facing opening into the proximal end of the body, and wherein the cartridge receptacle comprises a proximal edge around the proximal-facing opening, and wherein the proximal edge of the cartridge receptacle forms a receptacle notch in the front side of the body, the receptacle notch extending towards the distal end of the body so that a portion of the storage compartment and the | **See discussion claim element 1[h] and claim 6 and figure below.** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| cannula are visible through the receptacle notch when the cartridge is housed within the cartridge receptacle; | |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 19[k]  a pair of electrical contacts in a distal surface within the cartridge receptacle, the pair of electrical contacts configured to connect to electrical contacts on the cartridge when the cartridge is housed within the cartridge receptacle; and | **See discussion of claim element 1[f]** |
| 19[l]  a friction capture between the cartridge receptacle and the storage compartment to hold the cartridge within the cartridge receptacle and with the mouthpiece outside of the cartridge receptacle, | ***See*** **discussion above regarding claim elements 1[j] and figures below. The friction capture is formed by the detent and the mating region.** |

# Exhibit 7
## Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

10117657_1.docx

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 19[m]  wherein the cartridge notch aligns with the receptacle notch when the cartridge is housed within the cartridge receptacle. | Cartridge housed within the cartridge receptacle <br> Cartridge notch aligns with the notch in the front side of the body (outlined and highlighted in green) <br> Receptacle notch in the front side of the body (outlined and highlighted in green) <br><br> The cartridge notch aligns with the receptacle notch in the front side of the body when the cartridge is housed within the cartridge receptacle. |

10117657_1.docx

# Exhibit 7
## Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme

| Claim 19 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | |

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 20[a]   An apparatus comprising:<br>          a cartridge comprising: | **See discussion of claim element 1[a]** |
| 20[b]   a storage compartment configured to hold a vaporizable material, wherein the vaporizable material is visible through at least one side of the storage compartment; | **See discussion of claim element 1[b]** |
| 20[c]   a heater comprising a resistive heating element for generating an aerosol for inhalation, the aerosol comprising the vaporizable material; and | |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | While the ingredients list recites "nicotinie" [*sic*] a person of ordinary skill in the art in light of the surrounding context and the Flair Xtreme product would have understood that the listed ingredient "nicotinie" [*sic*] refers to "nicotine." |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 20[d]   a mouthpiece comprising an opening for passage of the aerosol; and | *See* discussion above regarding claim elements 1[d] and figures below.<br> |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 20[e]     a vaporizer body comprising:<br>          a proximal end;<br>          a distal end opposite the proximal end; and | **Flair Xtreme has a vaporizer body having a proximal end and a distal end opposite the proximal end.**<br><br> |

10117657_1.docx

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 20 (Independent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 20[f]    a cartridge receptacle at the proximal end, the cartridge receptacle configured to house the cartridge, wherein the cartridge receptacle comprises a notch extending from the proximal end towards the distal end, and wherein a portion of the storage compartment is visible through the notch when the cartridge is housed in the cartridge receptacle. | **See discussion of claim element 1[h]** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 21 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 21. The apparatus of claim 20, wherein the storage compartment and the vaporizer body are non-cylindrical. | The cartridge and body are rectangular (non-cylindrical):<br><br>Vaporizer body<br> |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 21 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| | Storage compartment |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 24 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 24. The apparatus of claim 20, wherein the heater further comprises a heating chamber and a wick within the heating chamber, and wherein the resistive heating element is in thermal contact with the wick. | **See discussion of claim element 1[g] above.** |

# Exhibit 7
**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 28 (Dependent) | |
| --- | --- |
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 28. The apparatus of claim 20, wherein the vaporizable material is visible through the portion of the storage compartment | **See discussion of claim element 1[b] above.** |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 29 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| 29. The apparatus of claim 20, wherein the cartridge and the vaporizer body, when the cartridge is inserted into the vaporizer body, form a longitudinal axis from the distal end of the vaporizer body to a proximal end of the cartridge, and wherein each of the cartridge and the vaporizer body have a first transverse axis perpendicular to the longitudinal axis which is longer than a second transverse axis, the second transverse axis perpendicular to both the longitudinal axis and the first transverse axis. | **When the Eonsmoke device is assembled, the device forms a longitudinal axis from the distal end of the vaporizer body to a proximal end of the cartridge.  As shown below, each of the cartridge and the vaporizer body have a first transverse axis perpendicular to the longitudinal axis which is longer than a second transverse axis, and the second transverse axis is perpendicular to both the longitudinal axis and the first transverse axis.**<br><br> |

# Exhibit 7

**Representative Claim Chart of Infringement of claims 1, 2, 3, 4, 9, 10, 11, 13, 19, 20, 21, 24, 28, 29 in U.S. Pat. No. 10,076,139 by Flair Xtreme**

| Claim 29 (Dependent) | |
|---|---|
| **Claim Language** | **Corresponding Elements of Flair Xtreme** |
| |  |