Jason S. Oliver
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Phone: (212) 589-4200
Fax: (212) 589-4201
joliver@bakerlaw.com

*Attorneys for Defendant*
*Flair Vapor, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FLAIR VAPOR, LLC, SHEHZHEN JOECIG TECHNOLOGY CO., LTD., <br><br> Defendants. | *Document Filed Electronically* <br><br> Civil Action No. <br> 2:18-cv-14605-JLL-SCM <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jason S. Oliver, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111 hereby appears on behalf of Defendant Flair Vapor, LLC, in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned

Dated:   New York, New York
         October 24, 2018

                                                    **BAKER & HOSTETLER LLP**

                                                    By: <u>s/ Jason S. Oliver</u>
                                                    Jason S. Oliver
                                                    45 Rockefeller Plaza
                                                    New York, New York 10111
                                                    Phone: (212) 589-4200
                                                    Fax: (212) 589-4201
                                                    joliver@bakerlaw.com

*Attorneys for Defendant*
*Flair Vapor, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, the foregoing Notice of Appearance of Jason S. Oliver of Baker & Hostetler LLP, on behalf of Defendant Flair Vapor, LLC, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing upon all counsel of record in this action.

Dated: New York, New York
       October 24, 2018

                                          **BAKER & HOSTETLER LLP**

                                          By: s/ *Jason S. Oliver*
                                                  Jason S. Oliver
                                          45 Rockefeller Plaza
                                          New York, New York 10111
                                          Telephone: (212) 589-4200
                                          Facsimile: (212) 589-4201
                                          Email: joliver@bakerlaw.com

                                          *Attorneys for Defendant*
                                          *Flair Vapor, LLC*